**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

RODERICK LEONARD ADAMS

Debtor

Chapter 13

Case No. 25-12536-BFK

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1302(d)(1)** – Trustee is unable to comply with the requirement to give Domestic Support Obligations notice due to the failure of the Debtor to provide the direct addresses of the recipients of such support.

**Pursuant to 11 U.S.C. §1307(c)(4)** – Failure to Commence making Plan payments.  Debtor has not yet made his first Plan payment in case.

**Pursuant to 11 U.S.C. §1307(c)** - Good Faith - Below Median Chapter 20 Debtor seeks to term domestic support obligations over a 60 month term[1].

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order

---

[1] Debtor just received a Chapter 7 discharge on 11/12/2025 (Case # 25-10631-BFK).

**Notice and Motion to Dismiss**
Roderick Leonard Adams, Case #«print_casenum»

granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on March 5, 2026 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  __January 9, 2026_____          __/s/ Thomas P. Gorman_____
                                         Thomas P. Gorman
                                         Chapter 13 Trustee
                                         1414 Prince Street, Suite 202
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of January, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Roderick Leonard Adams                Nathan Fisher, Esq.
Chapter 13 Debtor                     Attorney for Debtor
1520 Belle View Boulevard #4038       Fisher-Sandler, LLC
Alexandria, VA 22307                  3977 Chain Bridge Rd. #2
                                      Fairfax, VA 22030
                                            ___/s/ Thomas P. Gorman_____
                                            Thomas P. Gorman