# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

RODERICK LEONARD ADAMS

          Debtor

Chapter 13

Case No. 25-12536-BFK

## OBJECTION TO CONFIRMATION OF PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed December 30, 2025.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3) & §1325(a)(6)** – Good Faith & Feasibility –

1) Trustee is unable to comply with the requirement to give Domestic Support Obligations notice due to the failure of the Debtor to provide the direct addresses of the recipients of such support.
2) Debtor has not yet made his first Plan payment in case.
3) Below Median Chapter 20 Debtor seeks to term domestic support obligations over a 60 month term [1].

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem

---

[1] Debtor just received a Chapter 7 discharge on 11/12/2025 (Case # 25-10631-BFK).

**Notice of Objection To Confirmation**
Roderick Leonard Adams, Case # 25-12536-BFK

any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on March 5, 2026 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _January 9, 2026_____          ___/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        1414 Prince Street, Suite 202
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

**Notice of Objection To Confirmation**
Roderick Leonard Adams, Case # 25-12536-BFK

### CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of January, 2026, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Roderick Leonard Adams
Chapter 13 Debtor
1520 Belle View Boulevard #4038
Alexandria, VA 22307

Nathan Fisher, Esq.
Attorney for Debtor
Fisher-Sandler, LLC
3977 Chain Bridge Rd. #2
Fairfax, VA 22030


__/s/ Thomas P. Gorman_____
Thomas P. Gorman