UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) CHAPTER 13 |
| | ) |
| | ) |
| Roderick Leonard Adams, | ) |
| | ) |
| | ) |
| | ) CASE NO. 25-12536-BFK |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

## **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Comes now, U.S. Bank Trust Company, National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee, In Trust For Registered Holders Of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 ("Secured Creditor"), by Counsel, and hereby objects to the confirmation of the Chapter 13 Plan filed in this matter by the Debtors on December 30, 2025 (Docket No. 17), and in support thereof states as follows:

1.      Secured Creditor's claim is based upon a certain Note dated December 14, 2006 in the original principal amount of $660,000.00 and secured by a First Deed of Trust dated December 14, 2006 and recorded among the land records of Prince William County, Virginia against the property known as 7979 Pinnacle Ridge Dr,

Manassas, VA 20112, which is included in Debtor's schedules and Plan as real property and the principal residence of the Debtor.

2.     The Plan and Schedules fails to include treatment of Secured Creditor's claim. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim and specifically requests to be listed in Section 6A of any amended plan.

3.     Additionally, the original plan filed by the Debtor includes payments toward the First Deed of Trust; however, the figures used by the Debtors are inaccurate. The prepetition arrearage owed to Secured Creditor is expected to total $3,277.66, whereas the Plan doesn't include any amount towards pre-petition arrears to Secured Creditor. Accordingly, the Plan is underfunded by approximately $3,277.66, and not in compliance with the requirements of 11 U.S.C. § 1325(a)(5)(B)(ii). Secured Creditor objects to any plan which proposes to pay less than the pre-petition arrearage over the life of the plan.

THEREFORE, the undersigned respectfully requests to be heard at the March 5, 2026, confirmation hearing set on this matter and further moves this Honorable United States Bankruptcy Court for an entry of an Order denying confirmation of the Debtor's Chapter 13 Plan filed December 30, 2025.

Respectfully submitted,

By:  Tata-Annie L. King, Esquire
VA Bar No. 100892

Robertson, Anschutz, Schneid, Crane & Partners,
PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901
Fax: (240) 238-2767
Email:taking@raslg.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2026, a true copy of the foregoing Objection to Confirmation of Plan attached was mailed, first class, postage prepaid to:

Roderick Leonard Adams          -     Debtor
1520 Belle View Boulevard, #4038
Alexandria, VA 22307

And electronically transmitted to:

Nathan A. Fisher          -     Counsel for Debtor
Fisher-Sandler, LLC
3977 Chain Bridge Road, #2
Fairfax, VA 22030

Thomas P. Gorman          -     Trustee
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314

Matthew W. Cheney          -     U.S. Trustee
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

By: /s/Tata-Annie L. King
Tata-Annie Latoya King, Esquire
Virginia Bar 100892
Email: taking@raslg.com