# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

RODERICK LEONARD ADAMS

Debtor

Chapter 13

Case No. 25-12536-BFK

## OBJECTION TO CONFIRMATION OF PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed March 3, 2026.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3) & §1325(a)(6)** – Good Faith & Feasibility

1) Plan is underfunded as follows as it does not provide for US Bank Trust mortgage claim (Claim #4), which claim was filed on February 4, 2026 and as not been objected to:

| PERFORMANCE: | | | |
|---|---|---:|---:|
| | Amount of Plan Payment | 760.00 | 880.00 |
| | Number of Months | 3 | 57 |
| | | 2,280.00 | 50,160.00 |
| | **Total Receipts** | | 52,440.00 |
| | **Disbursements Required:** | | |
| | Attorney | 3,000.00 | |
| | Taxes-Other Priority | 40,365.42 | |
| | Secured | 6,808.03 | |
| | Unsecured | 225.91 | 225.91x100% |
| | Other | 0.00 | |
| | Trustee | 5,039.94 | 10% |
| | **Total Disbursement** | | 55,439.30 |

2) Plan does not provide for filed prior DSO claim of $39,059.54 (Proof of Claim #3).

**Notice of Objection To Confirmation**
Roderick Leonard Adams, Case # 25-12536-BFK

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on April 30, 2026 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _March 27, 2026_____          ___/s/ Thomas P. Gorman_____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     1414 Prince Street, Suite 202
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

**Notice of Objection To Confirmation**
Roderick Leonard Adams, Case # 25-12536-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of March, 2026, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Roderick Leonard Adams                    Nathan Fisher, Esq.
Chapter 13 Debtor                         Attorney for Debtor
1520 Belle View Boulevard #4038           Fisher-Sandler, LLC
Alexandria, VA 22307                      3977 Chain Bridge Rd. #2
                                          Fairfax, VA 22030


                                   __/s/ Thomas P. Gorman_____
                                   Thomas P. Gorman