**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

RODERICK LEONARD ADAMS

Debtor

Chapter 13

Case No. 25-12536-BFK

**OBJECTION TO CONFIRMATION OF MODIFIED PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Modified Plan filed June 9, 2026.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6)** – Feasibility –
1) Debtor has not made timely Plan payments to date.
2) Debtor has not yet provided filed 2025 tax returns.
3) Plan is underfunded unless Debtor's pending claim objection is sustained.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

**Notice of Objection To Confirmation**
Roderick Leonard Adams, Case # 25-12536-BFK

***Attend the hearing to be held on July 23, 2026 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __June 18, 2026_____          ___/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman
                                      Chapter 13 Trustee
                                      1414 Prince Street, Suite 202
                                      Alexandria, VA 22314
                                      (703) 836-2226
                                      VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of June, 2026, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Roderick Leonard Adams                Nathan Fisher, Esq.
Chapter 13 Debtor                     Attorney for Debtor
1520 Belle View Boulevard #4038       Fisher-Sandler, LLC
Alexandria, VA 22307                  3977 Chain Bridge Rd. #2
                                      Fairfax, VA 22030

                                      __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman