**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25–12536–BFK
**Chapter** 13

**In re:**

Roderick Leonard Adams
1520 Belle View Boulevard, #4038
Alexandria, VA 22307

SSN: xxx–xx–9432

EIN: NA

**NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR AMENDED/MODIFIED CHAPTER 13 PLAN**

Notice is hereby given of the entry of an order of this court on September 9, 2026, confirming the Chapter 13 Plan or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated: September 9, 2026

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[ntcConfCh13PlanvNov2020.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-12536-BFK
Roderick Leonard Adams Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Alexandri Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: ntc13cfp Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roderick Leonard Adams, 1520 Belle View Boulevard, #4038, Alexandria, VA 22307-6530 |
| 16978028 | + | Tamikia Adams, 3618 Pentland Hills, Upper Marlboro, MD 20774-9237 |
| 16899138 | + | Tamikia Adams, 3816 Pentland Hills, Upper Marlboro, MD 20774-9243 |
| 16951186 | | U.S. Bank Trust Company, National, Association, as Trustee, as successor, -in-interest to U.S. Bank National, Association, as Trustee - Select, Portfolio Servicing, Inc. P.O. Box 65250 Salt Lake City, UT 84165-0250 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@dss.virginia.gov | Sep 10 2026 03:09:00 | Commonwealth of Virginia, Dept. of Social Services, P.O. Box 71900, Henrico, VA 23255-1900 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 10 2026 03:08:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 16903684 | + | Email/Text: va_tax_bk@harriscollect.com | Sep 10 2026 03:09:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16899133 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2026 03:08:00 | Internal Revenue Service, Attn: Passport, P.O. Box 8208, Philadelphia, PA 19101-8208 |
| 16899135 | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 10 2026 03:09:00 | Office of the U.S. Trustee, 1725 Duke St., Ste. 650, Alexandria, VA 22314-3489 |
| 16929744 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2026 03:14:42 | Ollo Credit Card, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16899136 | + | Email/Text: bankruptcy@dss.virginia.gov | Sep 10 2026 03:09:00 | Richmond VA Child Support, 801 E. Main Street, Richmond, VA 23219-2901 |
| 16899137 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 10 2026 03:10:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 16899631 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Sep 10 2026 03:08:00 | U.S. Attorney, 2100 Jamieson Avenue,, Alexandria, VA 22314-5702 |
| 16904887 | + | Email/Text: RASEBN@raslg.com | Sep 10 2026 03:08:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 16899139 | + | Email/Text: bankruptcy@dss.virginia.gov | Sep 10 2026 03:09:00 | VA DCSE, 801 E. Main Street, Richmond, VA 23219-2901 |
| 16899140 | + | Email/Text: bankruptcy@dss.virginia.gov | Sep 10 2026 03:09:00 | VA DCSE, 7 N. 8th Street, First Floor, Richmond, VA 23219-3318 |
| 16899141 | | Email/Text: va_tax_bk@harriscollect.com | Sep 10 2026 03:09:00 | Virginia Dept. of Taxation, Office of Compliance, P.O. Box 27407, Richmond, VA 23261-7407 |

| | | | |
|---|---|---|---|
| 16938217 | + Email/Text: bankruptcy@dss.virginia.gov | Sep 10 2026 03:09:00 | Virginia Division of Child Support Enforcement, Bankruptcy Unit, P. O. Box 71900, Henrico, Virginia 23255-1900 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust Company, National Association, As |
| 16899134 | *+ | Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Todd Rich | on behalf of Creditor Commonwealth of Virginia Dept. of Social Services, Division of Child Support Enforcement trich@oag.state.va.us, bankruptcy@dss.virginia.gov |
| Landon Thomas Kemnitz | on behalf of Creditor U.S. Bank Trust Company National Association lkemnitz@raslg.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Nathan A. Fisher | on behalf of Debtor Roderick Leonard Adams Fbarsad@cs.com barsad@aol.com |
| Tata-Annie L King | on behalf of Creditor U.S. Bank Trust Company National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee, In Trust For Registered Holders Of First Franklin Mortgage Loan Trust taking@raslg.com |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 6